**Opinion issued May 25, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-23-00352-CR**
_____

**IN RE DEANDRE DEBOEST, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, DeAndre DeBoest, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus requesting that this Court issue a writ of mandamus directing the trial court to "[r]emove [c]ounsel that is appointed, because [DeBoest] is electing to proceed pro se."[1]

---

[1]     The underlying case is *DeAndre DeBoest v. The State of Texas*, Cause No. 1792110, in the 232nd District Court of Harris County, Texas, the Honorable Josh Hill presiding.

Our review of DeBoest's mandamus petition reflects that he has failed to establish that he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7, 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).